FILED
CLERK, U.S. DISTRICT COURT

JUL 2 2 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARVEY RAY JOHNSON,<br><br>                    Petitioner,<br><br>     v.<br><br>JOSEPH NORWOOD, et al.,<br><br>                    Respondents. | NO. CV 08-00824-MMM (MAN)<br><br>ORDER ADOPTING FINDINGS,<br><br>CONCLUSIONS AND RECOMMENDATIONS<br><br>OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, all of the records herein, the Report and Recommendation of United States Magistrate Judge ("Report"), and Petitioner's Objections/Request for Judicial Notice. The Court has conducted a *de novo* review of those matters to which objections have been stated in writing.

The Court notes Petitioner's objection that the Magistrate Judge, on page 13 of the Report, has attributed comments to the Parole Examiner that were never made and are not part of the official record. Petitioner's objection is without merit, as it rests on a mischaracterization of the Report. The portion of the Report regarding

which Petitioner complains reflects:  a quotation from Petitioner's pleadings; and the Magistrate Judge's interpretation of the written evidence of record -- the same written evidence on which Petitioner relies in support of his claims.  Petitioner's assertions do not state any tenable basis for objection.

Having completed its *de novo* review, the Court accepts and adopts the Magistrate Judge's Report and Recommendation and the findings of fact, conclusions of law, and recommendations therein.

IT IS ORDERED that:  (1) the Petition is denied; and (2) Judgment shall be entered dismissing this action with prejudice.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Petitioner and counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: _____July 21, 2008_____.

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE