JS-6

FILED
CLERK, U.S. DISTRICT COURT
JUL 2 2 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARVEY RAY JOHNSON, | NO. CV 08-00824-MMM (MAN) |
| Petitioner, | |
| v. | JUDGMENT |
| JOSEPH NORWOOD, et al., | |
| Respondents. | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: July 21, 2008.

MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE